| | |
|---|---|
| **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK** | **WE SERVE NJ LLC** |

## AFFIDAVIT OF SERVICE

Job Number: **752**
Index no : **1:18-CV-12269-ER**
Date Index Number Purchased: **12/28/2018**

Plaintiff: **MICHEAL FURMAN, Individually and on behalf of all others similarly situated**

vs.

Defendant: **GODIVA CHOCOLATIER, INC.**

ss.:


*752*

**JOSHUA BURKE**, being duly sworn deposes and says deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On **01/09/2019** at **10:27 AM**, I served the within **SUMMONS IN A CIVIL ACTION AND COLLECTIVE ACTION COMPLAINT JURY DEMAND. with the index#1:18-CV-12269-ER endorsed thereon** on **GODIVA CHOCOLATIER** at **C/O REGISTERED AGENT , 333 WEST 34TH ST, New York, NY 10001** in the manner indicated below:

CORPORATION: By delivering a true copy of said documents to **Valentina Dokic, CO-WORKER** of the above named corporation/government agency/entity. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **GODIVA CHOCOLATIER**, and the recipient responded in the affirmative.

A description of the defendant, or other person served on behalf of the defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 35 | 5ft 06in | 120 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 01/10/2019

AMEENAH BILAL
Notary Public, Notary Public, State of New York
No. 01B16312746
Qualified in New York County
Commission Expires 10/06/2022

X_____
JOSHUA BURKE
License#: 2074221-DCA
Joshua Burke
945 Saratoga Ave
Brooklyn, NY 11212
9173876261