**Littler Mendelson, PC**
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136

February 14, 2019

John H. Lassetter
612.313.7648 direct
612.630.1000 main
jlassetter@littler.com

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY  10007

Re:     Furman v. Godiva Chocolatier, Inc.
        Case No. 1:18-cv-12269-ER

Dear Judge Ramos:

Per the Court's Mediation Referral Order (Dkt. 15), the parties jointly write to advise the Court that they have agreed to have Michael Young of JAMS serve as the mediator in this matter.  The parties are working on scheduling the mediation and will submit a letter advising the Court of the date of the mediation when it is scheduled.

We thank the Court for its attention to this matter.

Sincerely,

*s/ John H. Lassetter*                                            *s/ Michael Palitz*

John H. Lassetter                                                 Michael Palitz

JHL/pgk

FIRMWIDE:162460692.1 101042.1001